BNDEGT,INTERPRETER

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:22−mj−02243−EGT−1

| | |
|---|---|
| Case title: USA v. Cuero et al | Date Filed: 02/17/2022 |
| Other court case number: 8:22−cr−35−SDM−AEP USDC for the Middle District of Florida | Date Terminated: 02/22/2022 |

Assigned to: Ch. Magistrate Judge Edwin G. Torres

### Defendant (1)

**Marino Payan Cuero**  
02777−506  
*YOB 1971 SPANISH*  
*TERMINATED: 02/22/2022*

represented by **Noticing FPD−MIA**  
305−530−7000  
Email: MIA_ECF@FD.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| WARR/INDICT/MDFL/46 U.S.C. 70503(a)/46 U.S.C. 70506(a)(b) – Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States and possession with intent to distribute five (5) kilograms or more if cocaine, while on board a vessel subject to the jurisdiction of United States. | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Noticing AUSA CR TP/SR**<br>Email: Usafls.transferprob@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/17/2022 | 1 | | Magistrate Removal of Indictment from USDC for The Middle District of Florida Case number in the other District 8:22–cr–35–SDM–AEP as to Marino Payan Cuero (1), Edwin Luna Jara (2), Yohanny Londono Ostos (3), Pablo Quinones Velazquez (4). (jao) (Entered: 02/17/2022) |
| 02/17/2022 | 2 | | Minute Order for proceedings held before Ch. Magistrate Judge Edwin G. Torres: Initial Appearance as to Marino Payan Cuero held on 2/17/2022. Bond recommendation/set: Marino Payan Cuero (1) $250,000 Corporate Surety Bond, with the right to revisit– NO HEARING HELD. Date of Location Custody (Arrest or Surrender): 2/16/22. Removal Hearing set for 2/23/2022 10:00 AM in Miami Division before MIA Duty Magistrate. Status Conference Re: Bond/Detention Matters set for 2/22/2022 10:00 AM in Miami Division before MIA Duty Magistrate. Spanish Interpreter present. Attorney added: Noticing FPD–MIA for Marino Payan Cuero (Digital 15:26:30) Signed by Ch. Magistrate Judge Edwin G. Torres on 2/17/2022. (fbn) (Entered: 02/18/2022) |
| 02/18/2022 | 7 | | Invocation of Right to Silence and Counsel by Marino Payan Cuero (Padilla, Joaquin) (Entered: 02/18/2022) |
| 02/22/2022 | 10 | | WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS by Marino Payan Cuero (at) (Entered: 02/23/2022) |
| 02/22/2022 | 11 | | Minute Entry for proceedings held before Magistrate Judge Chris M. McAliley: Status RE: Bond/Removal as to Marino Payan Cuero held on 2/22/2022. Def waives removal, filed waiver. Def ordered committed to the MD/FL. Spanish Interpreter present. (Digital 10:25:44) (at) (Entered: 02/23/2022) |
| 02/22/2022 | 12 | | COMMITMENT TO ANOTHER DISTRICT as to Marino Payan Cuero. Defendant committed to MIDDLE DISTRICT OF FLORIDA.. Closing Case for Defendant. (Signed by Magistrate Judge Chris M. McAliley on 2/22/2022). *(See attached document for full details).* (at) (Entered: 02/23/2022) |

Case 1:23-mj-02403-JB Document 1 Entered on FLSD Docket 05/22/2023 Page 3 of 18
Case 8:22-cr-00035-SDM-AEP Document 15 Filed 02/17/22 Page 3 of 18 PageID 26
22-mj-2245-TORRES



FILED BY KS D.C.
Feb 17, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:22cr 35 SDM-AEP

46 U.S.C. §§ 70503(a) and
70506(a) and (b)

MARINO PAYAN CUERO
EDWIN LUNA JARA,
YOHANNY LONDONO OSTOS, and
PABLO QUINONES VELAZQUEZ

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date and continuing through on or about January 6, 2022, while upon the high seas and onboard a vessel subject to the jurisdiction of the United States, the defendants,

MARINO PAYAN CUERO,
EDWIN LUNA JARA,
YOHANNY LONDONO OSTOS, and
PABLO QUINONES VELAZQUEZ,

did knowingly, willfully, and intentionally combine, conspire, and agree with each other and other persons unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a), 70506(a) and (b), and punishable under 21 U.S.C. § 960(b)(1)(B)(ii).

3

## COUNT TWO

Beginning on an unknown date and continuing through on or about January 6, 2022, while upon the high seas and onboard a vessel subject to the jurisdiction of the United States, the defendants,

> MARINO PAYAN CUERO,
> EDWIN LUNA JARA,
> YOHANNY LONDONO OSTOS, and
> PABLO QUINONES VELAZQUEZ,

did knowingly and intentionally, while aiding and abetting each other and other persons unknown to the Grand Jury, possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 18 U.S.C. § 2, and punishable under 21 U.S.C. § 960(b)(1)(B)(ii).

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507, and 28 U.S.C. § 2461(c).

2. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

> MARINO PAYAN CUERO,
> EDWIN LUNA JARA,
> YOHANNY LONDONO OSTOS, and
> PABLO QUINONES VELAZQUEZ,

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a)(1) through (11) that was used or intended for use to commit, or facilitate the commission of, such offenses.

3. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 21 U.S.C. § 960, the defendants,

> MARINO PAYAN CUERO,
> EDWIN LUNA JARA,
> YOHANNY LONDONO OSTOS, and
> PABLO QUINONES VELAZQUEZ,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence.

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 US.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
David J. Pardo
Assistant United States Attorney

By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

4

FORM OBD-34
January 22

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

THE UNITED STATES OF AMERICA

vs.

MARINO PAYAN CUERO
EDWIN LUNA JARA,
YOHANNY LONDONO OSTOS, and
PABLO QUINONES VELAZQUEZ

INDICTMENT

Violations: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

A true bill,

███████████

Foreperson

Filed in open court this 27th day

of January 2022.

_____
Clerk

Bail $_____

GPO 863 525

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
MARINO PAYAN CUERO

Case No. 8:22-cr-35-SDM-AEP

Defendant

COPY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MARINO PAYAN CUERO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 1/28/2022

*Issuing officer's signature* CRobert

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

8

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| EDWIN LUNA JARA | ) Case No. 8:22cr35 SDM-AEP |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* EDWIN LUNA JARA,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 1/28/2022

*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

9

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| YOHANNY LONDONO OSTOS | ) Case No. 8:22 cr 35 SDM-AEP |
| | ) |
| | ) |
| | ) |
| Defendant | |

COPY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* YOHANNY LONDONO OSTOS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 1/28/2022

Issuing officer's signature

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

Arresting officer's signature

Printed name and title

10

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| PABLO QUINONES VELAZQUEZ | ) Case No. 8:22 CR 35 SDM-AEP |
| | ) |
| | ) |
| Defendant | ) |

COPY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* PABLO QUINONES VELAZQUEZ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 1/28/2022

*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

# MINUTE ORDER

Page 13

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**  Date: 2/17/2022  Time: 2:00 p.m.

Defendant: 1) MARINO PAYAN CUERO  J#: 02777-506  Case #: 22-MJ-2243-TORRES

AUSA: Kevin Larsen  Attorney: Joaquin Padilla

Violation: Warr/MDFL/Indictment/Consp to PWID 5 kilo or more of cocaine while on board a vessel subject to the jurisdiction U.S.

Surr/Arrest Date: 2/16/2022  YOB: 1971

Proceeding: Initial Appearance  CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No  Recommended Bond:

Bond Set at: **$250,000 corporate surety with nebbia**  Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant sworn – **AFPD APPOINTED**
The Court sets bond, with the right to revisit – NO HEARING HELD

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**  Date:  Time:  Judge:  Place:

Report RE Counsel:
**Status Re: Bond**  2/22/22  10:00  Miami Duty
**Removal:**  2/22/22  10:00  Miami Duty
Status Conference RE:
D.A.R. 15:26:30  Time in Court: 2

s/Edwin G. Torres  Chief Magistrate Judge

12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-mj-2243-Torres

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

MARINO PAYAN CUERO,

    Defendant.

_____/

**DEFENDANT'S INVOCATION OF**
**RIGHTS TO SILENCE AND COUNSEL**

    The Defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

    The Defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any

matters relating to the defendant. Any contact with the Defendant must be made through the defendant's lawyer, undersigned counsel.

**Respectfully submitted,**

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

By: /s/ *Joaquin Padilla*
Assistant Federal Public Defender
Florida Bar No.: 484636
150 West Flagler Street, Suite 1500
Miami, Florida 33130-1556
Tel: 305-530-7000/Fax: 305-536-4559
E-mail: joaquin_padilla@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on **February 18, 2022**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Joaquin Padilla*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 22-2243-TORRES

United States of America
    Plaintiff,
v.

Charging District's Case No. 22-cr-35

Defendant.
Marino Payan Cuevo

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **MIDDLE DISTRICT OF FLORIDA.**

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)   an identity hearing to determine whether I am the person named in the charges;
(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)   a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5)   a hearing on any motion by the government for detention;
(6)   request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

[x] An identity hearing and production of the warrant.

[ ] A preliminary hearing.

[ ] A detention hearing in the Southern District of Florida.

[ ] An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_Payan Cuevo_

Date: 2/22/22

Defendant's Signature

_Chris McAliley_
CHRIS MCALILEY
United States Magistrate Judge

16

# COURT MINUTES

Page 6

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor          Date: 2/22/2022    Time: 10:00 a.m.

Defendant: 1)Marino Payan Cuero(J)     J#: 02777-506   Case #: 22-2243-TORRES
AUSA: _Lacee Monk_                      Attorney: AFPD _Joaquin Padilla_
Violation: WARR/IND/M/D/FL/Consp/Dist/Cocaine While on Board Vessel Subject to U.S. Jurisdiction
Proceeding: Status Re: Bond/Removal          CJA Appt:
Bond/PTD Held: ☐ Yes ☑ No      Recommended Bond:
Bond Set at: $250K CSB NEBBIA           Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:
☐ Other:

Language: Spanish

Disposition:
*Brady Not Ordered*
• Def waives removal - filed waiver.
• Def ordered committed to the MD/FL.

• Brady warning given

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:25:44                          Time in Court: 3 mins

17

# United States District Court
# Southern District of Florida
Case No. 22-2243-TORRES

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 8:22 CR 35 SDM

Marino Payan Cuero,
(USM# 02777-506)
_____ /

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Middle District of Florida.

_____ AFPD **was appointed to represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 2/22/2022.

_/s/ Chris M. McAliley_
Chris M. McAliley
United States Magistrate Judge

18